IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jones, Keasha R | Case Number:  05 B 63574 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  11/22/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  February 28, 2008
Confirmed:  January 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,775.86 | |
| Secured: | | 0.00 |
| Unsecured: | | 734.47 |
| Priority: | | 0.00 |
| Administrative: | | 2,709.20 |
| Trustee Fee: | | 192.33 |
| Other Funds: | | 139.86 |
| Totals: | 3,775.86 | 3,775.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,709.20 | 2,709.20 |
| 2. | Peoples Energy Corp | Unsecured | 69.45 | 0.00 |
| 3. | World Financial Network Nat'l | Unsecured | 42.34 | 207.75 |
| 4. | Asset Acceptance | Unsecured | 19.84 | 97.36 |
| 5. | America's Financial Choice Inc | Unsecured | 26.01 | 127.62 |
| 6. | Capital One | Unsecured | 61.49 | 301.74 |
| 7. | Cnc Funding | Unsecured | | No Claim Filed |
| 8. | State Collection Service | Unsecured | | No Claim Filed |
| 9. | Check Into Cash | Unsecured | | No Claim Filed |
| 10. | Pay Day Loans | Unsecured | | No Claim Filed |
| 11. | Current Inc | Unsecured | | No Claim Filed |
| 12. | National Quick Cash | Unsecured | | No Claim Filed |
| 13. | RMS | Unsecured | | No Claim Filed |
| 14. | Money Market | Unsecured | | No Claim Filed |
| 15. | A-1 Premium Budget | Unsecured | | No Claim Filed |
| 16. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 17. | ASG | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | U S Cellular | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 2,928.33 | $ 3,443.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 35.90 |
| 5% | 16.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Keasha R

Printed: 3/4/08

Case Number: 05 B 63574
Judge: Wedoff, Eugene R
Filed: 11/22/05

```
         4.8%              26.86
         5.4%             113.26
                       _____
                       $ 192.33
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____